# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
### Docket No. 5:10-M-1107-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Darrell A. Donahue** | ) | |

On July 13, 2010, Darrell A. Donahue appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 18 U.S.C. § 13, assimilating NCGS 20-138.1, Driving While Impaired (Level 5), was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on April 5, 2011, the court finds as a fact that Darrell A. Donahue, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to obtain a substance abuse assessment within thirty days and complete any prescribed treatment program.
2. Failure to perform community service.
3. Failure to pay a monetary obligation.
4. Failure to report to the probation officer as directed by the court or probation officer.
5. Failure to notify the probation officer ten days prior to any change in residence.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 21 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 5th day of April, 2011.

Robert B. Jones, Jr.
U.S. Magistrate Judge